UNITED STATES of America,
Plaintiff–Appellee

v.

Juan GARCIA, Defendant–Appellant.

No. 05–50066.

United States Court of Appeals,
Fifth Circuit.

Decided May 25, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, San Antonio, TX, for Defendant–Appellant.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: [1]

IT IS ORDERED that appellees unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that appellees unopposed motion to remand the case to the United States District Court for the Western District of Texas, El Paso Division for resentencing is GRANTED.

IT IS FURTHER ORDERED that appellees unopposed motion in the alternative to extend time to file appellees brief until 14 days from the Courts denial of appellees motion to vacate and remand is DENIED AS MOOT.

---

1. Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.